UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELIA J. CRUZ, | ) <br> ) CASE NO:3:13-cv-00474-JBA <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| SANTANDER CONSUMER USA, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

NOW COMES, the Plaintiff, SHELIA J. CRUZ, by and through her attorney, the LAW OFFICES OF JOSHUA B. KONS, LLC, and for her Notice of Voluntary Dismissal, the Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. Plaintiff requests that the dismissal of the above captioned matter be *with prejudice* and without costs to either party.

Dated this July 18, 2013

                                         Respectfully submitted,
                                         **SHELIA J. CRUZ**

                                         By: /s/ Joshua B. Kons

                                         Joshua B. Kons (ct28936)
                                         LAW OFFICES OF JOSHUA B. KONS, LLC
                                         1245 Farmington Avenue, No. 217
                                         West Hartford, CT 06107
                                         T: 860-920-5181
                                         E: joshuakons@konslaw.com

## **CERTIFICATION**

I hereby certify that on this 18th day of July, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Joshua B. Kons
    Joshua B. Kons